EQUILEASE CORP. v. HOTEL CORP.

No. 24 PC.

Case below: 42 N.C. App. 436.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 November 1979.

GRAHAM v. CITY OF HENDERSONVILLE

No. 36 PC.

Case below: 42 N.C. App. 456.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 6 November 1979.

HASSELL v. MEANS

No. 41 PC.

Case below: 42 N.C. App. 524.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 November 1979.

HOOPER v. CITY OF WILMINGTON

No. 37 PC.

Case below: 42 N.C. App. 548.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1979.

IFCO v. BANK

No. 26 PC.

Case below: 42 N.C. App. 499.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 November 1979.